## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jerald Donaldson, Sr.<br>　　Debtor(s) | Bankruptcy No. 19-23083-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 33 |
| Ronda J. Winnecour, Trustee and<br>Jerald Donaldson, Sr.<br>　　Debtor(s)/Movants<br>　　　　vs.<br>Mechanical Operations Co<br>　　Employer/Respondents. | Motion No.: __WO-1<br>Motion No.: __WO-2 |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

　　The above-named debtor (s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan
　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

　　　　　　　　　　Mechanical Operations Co
　　　　　　　　　　Attn: Payroll
　　　　　　　　　　300 Liberty Ave, Ste 217
　　　　　　　　　　Pittsburgh, PA 15222

shall deduct from said income the sum of $736.32    per pay (*and the debtor is paid (bi-weekly)*) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　　　　　　　RONDA J. WINNECOUR
　　　　　　　　　　CHAPTER 13 TRUSTEE, W.D. PA
　　　　　　　　　　POB 84051
　　　　　　　　　　Chicago, IL 60689-4002

　　IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
　　IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

      IT IS FURTHER ORDERED that this order supercedes previous orders made to the above-named entity in this case.

      IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

DATED this 15th day of November, 2019.



JEFFERY A. DELLER   mas
U. S. BANKRUPTCY JUDGE

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
    Jerald W. Donaldson, Sr.
    Russell A. Burdelski, Esquire
    Mechanical Operations Co.
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
11/15/19 6:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

atyrusb@choiceonemail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23083-JAD
JERALD W. DONALDSON, SR                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1              Date Rcvd: Nov 15, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +JERALD W. DONALDSON, SR,    129 ORCHARD DRIVE,    PITTSBURGH, PA 15236-1439
               +Mechanical Operations Co.,    Attn: Payroll Dept.,    300 Liberty Avenue, Suite 217,
                 Pittsburgh, PA 15222-1271

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor JERALD W. DONALDSON, SR atyrusb@choiceonemail.com
                                                                                             TOTAL: 5