FILED
12/6/22 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

      **Jerald W. Donaldson, Sr.**

              **Debtor(s).**

**Case No. 19-23083-JAD**

**Chapter 13**

**Related to Doc. Nos. 73 & 80**

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:  <u>The Trustee</u>

❑    a motion to lift stay
as to creditor  _____

❑    Other:  _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated <u>October 3, 2022</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Debtor(s) Plan payments shall be changed from $ _____ to
$ _____ per _____, effective _____; and/or the Plan
term shall be changed from ____ months to ____ months.                    .

[04/22]                       -1-

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: <u>The claim of Nationstar Mortgage (Claim #8) shall govern with NPMC of record.</u>

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  6th  day of  December, 2022

_____
Jeffery A. Deller                    jah
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/ Russell A. Burdelski                     /s/ Katherine DeSimone
Russell A. Burdelski (PA I.D. #72688)        Katherine DeSimone (PA I.D. #42575)
Counsel to Debtor                            Counsel to Chapter 13 Trustee
The Law Offices of Russell A. Burdelski      Office of the Chapter 13 Trustee
1020 Perry Highway                           U.S. Steel Tower, Suite 3250
Pittsburgh, PA  15237                        600 Grant Street
412-366-1511                                 Pittsburgh, PA  15219
russ@burdelskilaw.com                        412-471-5566
                                             kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23083-JAD |
| JERALD W. DONALDSON, SR | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JERALD W. DONALDSON, SR, 129 ORCHARD DRIVE, PITTSBURGH, PA 15236-1439 |
| 15108365 | | BAYVIEW LOAN SERVICING, PO BOX 650091, Dallas, TX 75265-0091 |
| 15108366 | + | CAPITAL ONE, PO BOX 30277, Salt Lake City, UT 84130-0277 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2022 23:57:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: blegal@phfa.org | Dec 06 2022 23:52:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15099203 | ^ | MEBN | Dec 06 2022 23:50:27 | BAYVIEW FINANCIAL, C/O KML LAW GROUP, PC, STE 5000, 701 MARKET STREET, Philadelphia, PA 19106-1541 |
| 15099202 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 06 2022 23:52:00 | BAYVIEW FINANCIAL, 4425 PONCE DE LEON BLVD, Miami, FL 33146-1873 |
| 15132784 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 06 2022 23:52:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15108367 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 06 2022 23:57:00 | CAPITAL ONE AUTO, PO BOX 60511, City of Industry, CA 91716-0511 |
| 15112348 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 06 2022 23:57:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15120148 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 23:57:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15099844 | + | Email/Text: bankruptcy@cavps.com | Dec 06 2022 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15302503 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2022 23:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15138589 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 06 2022 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15507483 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2022 23:52:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15108368 | + | Email/Text: blegal@phfa.org | Dec 06 2022 23:52:00 | PA HOUSING FINANCE AGENCY, 211 |

|  |  |  | NORTH FRON STREET, PO BOX 15206, Harrisburg, PA 17105-5206 |
|---|---|---|---|
| 15112119 | Email/Text: blegal@phfa.org |  |  |
|  |  | Dec 06 2022 23:52:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15137321 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Dec 06 2022 23:57:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15104625 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Dec 06 2022 23:57:04 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BAYVIEW LOAN SERVICING, LLC |
| cr |  | Community Loan Servicing, LLC |
| cr |  | NATIONSTAR MORTGAGE LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15108364 | *+ | BAYVIEW FINANCIAL, C/O KML LAW GROUP, PC, STE 5000, 701 MARKET STREET, Philadelphia, PA 19106-1541 |
| 15108363 | *+ | BAYVIEW FINANCIAL, 4425 PONCE DE LEON BLVD, Miami, FL 33146-1873 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas |  |
|  | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas |  |
|  | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas |  |
|  | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck |  |
|  | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Leon P. Haller |  |
|  | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich |  |
|  | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |

District/off: 0315-2                         User: auto                                Page 3 of 3
Date Rcvd: Dec 06, 2022                      Form ID: pdf900                            Total Noticed: 19

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
                          on behalf of Debtor JERALD W. DONALDSON  SR Russ@BurdelskiLaw.com, russ.burdelski@gmail.com


TOTAL: 9