

# United States Bankruptcy Court

## Western District of Pennsylvania

In re:  Jerald W. Donaldson Sr, Debtor                    Case No. 19-23083-JAD

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 1-1 filed on August 06 2019, for account number 0039 and in the amount of $ 8629.23.

Respectfully submitted,

By: /s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:   6/27/2024